PER CURIAM: Christopher Taylor appeals his convictions for armed robbery 
and possession of a weapon during the commission of 

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State of South Carolina,       
Respondent,
 
 
 

v.

 
 
 
Christopher Taylor,       
Appellant.
 
 
 

Appeal From Beaufort County
Perry M. Buckner, Circuit Court Judge

Unpublished Opinion No. 2004-UP-531
Submitted October 1, 2004  Filed October 
 20, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Randolph Murdaugh, III, of Hampton, for Respondent.
 
 
 

PER CURIAM:  Christopher Taylor appeals 
 his convictions for armed robbery and possession of a weapon during the commission 
 of a violent crime. The trial judge sentenced him to fifteen years imprisonment 
 for armed robbery and five years imprisonment for the weapon charge.  The sentences 
 were to be served concurrently.
Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for Taylor attached to the final brief a petition 
 to be relieved as counsel, stating he had reviewed the record and concluded 
 Taylors appeal is without legal merit sufficient to warrant a new trial.  Taylor 
 did not file a separate pro se response.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. 
 [1] 
 STILWELL, BEATTY, and SHORT, JJ., concur.

 
 
 [1]    Because oral argument would not aid the court in resolving the 
 issues on appeal, we decide this case without oral argument pursuant to Rule 
 215, SCACR.